On the agreed facts, heretofore outlined, that bring the articles under consideration within the purview of paragraph 1738, *supra*, we hold the shells in question, as hereinabove identified, to be free of duty thereunder, as claimed by plaintiff.

The protests are sustained and judgment will be rendered accordingly.

**No. 62252.**—Arthur J. Humphreys et al. *v.* United States, protests 291277–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of 2-piece lumber similar in all material respects to that the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (39 Cust. Ct. 52, C. D. 1903), the claim of the plaintiffs was sustained.

**No. 62253.**—R. J. Saunders & Co., Inc. *v.* United States, protest 310967–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel to the extent that the appraisement is claimed null and void and that the issues are the same in all material respects as those the subject of *Bluefries New York, Inc.* v. *United States* (39 Cust. Ct. 79, C. D. 1909), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).   *United States* v. *William Heyer*, 31 C. C. P. A. 111, C. A. D. 259, followed.

**No. 62254.**—American Lamb Skin Corp. et al. *v.* United States, protests 150267–K (A), etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62255.**—Ira Furman Co. et al. *v.* United States, protests 150981–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc.. et al.* v. *United States* (40

Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62256.**—East West Merchandise Co. *v.* United States, protest 325527–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiff was sustained.

**No. 62257.**—Traveler Trading Co. *v.* United States, protests 311904–K (A), 311904–K (B), and 313144–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

**No. 62258.**—Levin Bros. et al. *v.* United States, protests 326976–K, etc.  (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 5, 1958

**No. 62259.**—Aristocrat Leather Products, Inc. *v.* United States, protest 313945–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of this rules of this court, as amended, the protest was dismissed for lack of prosecution.